## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOMINICK BOOKER,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO.   25-cv-4449** |
| | : | |
| **MELINDA ADAMS, et al.,** | : | |
| **Respondents.** | : | |

## O R D E R

This 16th day of July, 2026, following independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, to which no objections have been filed, it is hereby **ORDERED** that:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED.**

2.  The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** as untimely.

3.  There is no basis for the issuance of a certificate of appealability.


s/Gerald Austin McHugh
United States District Judge